Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−18130−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Clair F. Andrews
   2411 Chestnut Lane
   Riverton, NJ 08077

Social Security No.:
   xxx−xx−1953

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           7/3/19
Time:           09:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: May 22, 2019
JAN: lgr

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                       Case No. 19-18130-JNP
Clair F. Andrews                                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin                 Page 1 of 1             Date Rcvd: May 22, 2019
                                Form ID: 132                Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2019.
db              +Clair F. Andrews,   2411 Chestnut Lane,   Riverton, NJ 08077-3803
518249830        American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                  Malvern  PA 19355-0701
518197080       +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
518221626        Chase,   P.O. Box 1423,   Charlotte, NC 28201 - 1423
518227830       +Citizens Bank N.A.,   One Citizens Bank Way Mail Stop JCA115,   Johnston, RI 02919-1922
518221627        Discover Loans,   Great Lakes,   P.O. Box 3059,   Milwaukee, Wi 53201-3059
518197081       +Fm/citizens/nelnet,   121 South 13th Street,   Lincoln, NE 68508-1904
518197083       +Nationstar/mr Cooper,   350 Highland,   Houston, TX 77009-6623
518197086       +Service Finance Compan,   555 S Federal Hwy Ste 20,   Boca Raton, FL 33432-5505
518197087       +Sflndcorp,   2750 E Cottonwood Pkwy,   Cottonwood Heights, UT 84121-7284
518197089       +Wells Fargo Bank Nv Na,   Po Box 94435,   Albuquerque, NM 87199-4435
518239467       +Wells Fargo Bank, N.A.,   435 Ford Road, Suite 300,   St. Louis Park, MN 55426-4938

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov May 23 2019 00:15:00      U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 23 2019 00:14:55      United States Trustee,
                  Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
518255708        E-mail/Text: mrdiscen@discover.com May 23 2019 00:14:07      Discover Bank,
                  Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
518221842       +E-mail/Text: bncmail@w-legal.com May 23 2019 00:15:10      FOUNDATION FINANCE COMPANY,
                  C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
518197082       +E-mail/Text: nwilliamson@foundationfinance.com May 23 2019 00:15:44      Foundation F,
                  7802 Meadow Rock Drive,   Weston, WI 54476-5262
518197084       +E-mail/PDF: pa_dc_claims@navient.com May 23 2019 00:17:17      Navient,   Po Box 9655,
                  Wilkes Barre, PA 18773-9655
518197085       +E-mail/Text: jennifer.chacon@spservicing.com May 23 2019 00:15:52      Select Portfolio Svcin,
                  Po Box 65250,   Salt Lake City, UT 84165-0250
518197088       +E-mail/PDF: gecsedi@recoverycorp.com May 23 2019 00:17:07      Syncb/care Credit,
                  C/o Po Box 965036,   Orlando, FL 32896-0001
518198760       +E-mail/PDF: gecsedi@recoverycorp.com May 23 2019 00:17:06      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                               TOTAL: 9

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2019 at the address(es) listed below:
              Demetrius J. Parrish, Jr.    on behalf of Debtor Clair F. Andrews djp711@aol.com,
               r60715@notify.bestcase.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    Towd Point Mortgage Trust 2018-SJ1, U.S. Bank
               National Association, as Indenture Trustee kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               NJ_ECF_Notices@mccalla.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5