**Information to identify the case:**

Debtor 1         **Clair F. Andrews**                          Social Security number or ITIN    xxx–xx–1953

                 First Name   Middle Name   Last Name          EIN   _ _–_ _ _ _ _ _ _

Debtor 2
(Spouse, if filing)   First Name   Middle Name   Last Name     Social Security number or ITIN   _ _ _ _

                                                               EIN   _ _–_ _ _ _ _ _ _

United States Bankruptcy Court   District of New Jersey

Case number:   **19–18130–JNP**

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Clair F. Andrews

6/26/24                                    **By the court:** Jerrold N. Poslusny Jr.
                                                            United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                    **Chapter 13 Discharge**                    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 19-18130-JNP

Clair F. Andrews                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 27, 2024 | Form ID: 3180W | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Clair F. Andrews, 2411 Chestnut Lane, Riverton, NJ 08077-3803 |
| cr | + | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518221627 | | Discover Loans, Great Lakes, P.O. Box 3059, Milwaukee, Wi 53201-3059 |
| 518297066 | + | Goldman Sachs Mortgage Co., LLC, 555 S. Federal Hwy #200, Boca Raton, FL 33432-6033 |
| 518198760 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 27 2024 21:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 27 2024 21:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518249830 | | Email/PDF: bncnotices@becket-lee.com | Jun 27 2024 22:04:17 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518197080 | + | Email/PDF: bncnotices@becket-lee.com | Jun 27 2024 22:16:47 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 518682212 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 27 2024 21:56:00 | Citizens Bank N.A., One Citizens Bank Way Mailstop JCA115, Johnston, ri 02919 |
| 518227830 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 27 2024 21:56:00 | Citizens Bank N.A., One Citizens Bank Way Mail Stop JCA115, Johnston, RI 02919 |
| 518255708 | | EDI: DISCOVER | Jun 28 2024 02:12:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518197081 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Jun 27 2024 21:56:00 | Fm/citizens/nelnet, 121 South 13th Street, Lincoln, NE 68508 |
| 518221842 | + | Email/Text: bncmail@w-legal.com | Jun 27 2024 22:00:00 | FOUNDATION FINANCE COMPANY, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518197082 | + | Email/Text: administrative@foundationfinance.com | Jun 27 2024 22:00:00 | Foundation F, 7802 Meadow Rock Drive, Weston, WI 54476-5262 |
| 518221626 | | EDI: JPMORGANCHASE | Jun 28 2024 02:12:00 | Chase, P.O. Box 1423, Charlotte, NC 28201 - 1423 |
| 518405683 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2024 22:04:32 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518405684 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2024 22:05:28 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC |

District/off: 0312-1                                    User: admin                                    Page 2 of 3
Date Rcvd: Jun 27, 2024                            Form ID: 3180W                            Total Noticed: 31

| | | | |
|---|---|---|---|
| | | | 29603-0587, LVNV Funding LLC, c/o Resurgent Capital Services 29603-0587 |
| 518322726 | + | Email/Text: nsm_bk_notices@mrcooper.com | |
| | | Jun 27 2024 21:57:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9096 |
| 518197083 | + | Email/Text: nsm_bk_notices@mrcooper.com | |
| | | Jun 27 2024 21:57:00 | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 518197084 | + | EDI: NAVIENTFKASMSERV.COM | |
| | | Jun 28 2024 02:12:00 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 518311114 | | EDI: NAVIENTFKASMSERV.COM | |
| | | Jun 28 2024 02:12:00 | Navient PC TRUST c/o, Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 518326713 | | EDI: PRA.COM | |
| | | Jun 28 2024 02:12:00 | Portfolio Recovery Associates, LLC, C/O synchrony Bank, POB 41067, Norfolk VA 23541 |
| 518197085 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | |
| | | Jun 27 2024 22:01:00 | Select Portfolio Svcin, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 518197086 | + | Email/Text: servicing@svcfin.com | |
| | | Jun 27 2024 21:58:00 | Service Finance Compan, 555 S Federal Hwy Ste 20, Boca Raton, FL 33432-5505 |
| 518197087 | + | Email/PDF: SoFiBKNotifications@resurgent.com | |
| | | Jun 27 2024 22:04:59 | Sflndcorp, 2750 E Cottonwood Pkwy, Cottonwood Heights, UT 84121-7284 |
| 518316580 | + | Email/PDF: SoFiBKNotifications@resurgent.com | |
| | | Jun 27 2024 22:05:42 | SoFi Lending Corp, One Letterman Dr Bldg A Ste 4700, San Francisco, CA 94129-1518 |
| 518197088 | + | EDI: SYNC | |
| | | Jun 28 2024 02:12:00 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518198760 | ^ | MEBN | |
| | | Jun 27 2024 21:42:44 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518330807 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | |
| | | Jun 27 2024 22:01:00 | Towd Point Mortgage Trust 2018-SJ1 et al.,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518197089 | + | EDI: WFFC2 | |
| | | Jun 28 2024 02:12:00 | Wells Fargo Bank Nv Na, Po Box 94435, Albuquerque, NM 87199-4435 |
| 518239467 | + | EDI: WFFC2 | |
| | | Jun 28 2024 02:12:00 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518288018 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0312-1                                       User: admin                                       Page 3 of 3
Date Rcvd: Jun 27, 2024                                   Form ID: 3180W                                    Total Noticed: 31

Date: Jun 29, 2024                        Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Demetrius J. Parrish, Jr. | on behalf of Debtor Clair F. Andrews djpesq@gmail.com  r60715@notify.bestcase.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor Towd Point Mortgage Trust 2018-SJ1  U.S. Bank National Association, as Indenture Trustee kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Melissa N. Licker | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mlicker@hillwallack.com HWBKnewyork@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor Nationstar Mortgage LLC phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8