Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.: 19–18130–JNP
                        Chapter: 13
                        Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Clair F. Andrews
   2411 Chestnut Lane
   Riverton, NJ 08077

Social Security No.:
   xxx–xx–1953

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 30, 2024</u>                <u>Jerrold N. Poslusny Jr.</u>
                                            Judge, United States Bankruptcy Court